# EXHIBIT A

**Subject:** COPYRIGHT INFRINGEMENT: Federal Crime
**Date:** Thursday, November 14, 2013 at 2:24:25 PM Eastern Standard Time
**From:** Becky Pontes
**To:** ███████████████

November 14, 2013

**Electronic Mail:** ███████████████

███ Smith, RN Student
Certified 9-12 and Adult Business-Computer Instructor
Social Media Marketing Consultant-BSH Marketing

    Re:    Copyright Infringement
            http://www.nursingtestbanks.me/shop-all-test-banks/
            http://ati-test-banks.blogspot.com/
            www.obo.com/2HPLPW

Dear Ms. Smith:

I am a Corporate Paralegal of Ascend Learning, LLC, the parent company of Assessment Technologies Institute, LLC (known and doing business as "ATI"). I am writing to you in connection with your blatant infringement of ATI's intellectual property rights.

As you may know, ATI has been in business since 1998 and is the number one provider in the nursing field of entrance examination services, comprehensive online test preparation services, as well as the top provider of related assessment, remediation and review services to nursing students in the United States. ATI provides services to over 2,000 of the approximately 3,300 nursing schools in the United States, and customer satisfaction rates throughout all levels is extremely high as demonstrated by a renewal rate in excess of 90%. By virtue of the foregoing, the ATI name and brand, among others, have come to be widely and well known as synonymous with the highest quality testing, preparation, assessment, remediation, and review services for nursing students. In short, ATI and its brands enjoy the highest possible reputation in the market for nursing exam and related services.

It has recently come to our attention that you are marketing ATI materials ("ATI Property") which are the sole and exclusive copyrighted property of ATI, on the internet, including such sites as http://www.nursingtestbanks.me/shop-all-test-banks/ and http://ati-test-banks.blogspot.com/. This activity clearly infringes ATI's copyrights to the ATI Property, as the ATI Property was illegally obtained and sold, or offered to be sold, by you without ATI's knowledge or consent. Please note that we have clear evidence of your illegal activity and, through available legal means, will be able to quickly confirm your identity. Your actions constitute copyright infringement in violation of United States copyright laws. You should know that copyright infringement is a federal crime and, if we do not swiftly resolve this matter, ATI may also report your criminal activity to federal law enforcement authorities for their investigation and criminal prosecution of the blatantly illegal business you are operating.

ATI has zero tolerance for infringing activities, and will act zealously to protect its good name and reputation. Your illegal posting and distribution of ATI Property constitutes infringement, subjecting you to liability for criminal prosecution, statutory damages, injunctive relief, and monetary damages, which may include, but are certainly not limited to, attorneys' fees and legal expenses. You may also be liable for

damages arising out of other claims and causes of action in connection with your unauthorized use and distribution of ATI Property.

**Accordingly, we hereby demand that you immediately provide us with <u>written</u> assurances that you will**:

(1)     immediately remove, disable and take down any and all offers to sell ATI Property from http://www.nursingtestbanks.me/shop-all-test-banks/ and http://ati-test-banks.blogspot.com/ and any other website(s) you are using to market unauthorized copies of ATI Property, and cease all illegal use of ATI Property in any form;

(2)     immediately cease the use, distribution, promotion, offer to sell, and sale of any services or materials relating to ATI, ATI Property, or any other material owned by ATI, whether relating to nursing exam education and preparation or otherwise, including electronic copies of the same;

(3)     permanently refrain from activity described in (1) – (2) above with respect to ATI Property or any other material owned by ATI;

(4)     immediately provide an accounting of each sale of any ATI Property or any other ATI material that you have made, including the date of each sale, amount of fees you collected, the online payment service you used to collect fees, and the contact information you have for each illegal sale that you made of ATI Property; and

(5)     immediately provide a listing of the identities and URLs of all links, websites, forums, and other methods used by you when you have sold or attempted to sell ATI Property or any other ATI material..

ATI reserve the right to institute appropriate legal proceedings to protect their rights to the maximum extent possible, including the recovery of all actual and punitive damages for your actions, and referral to the appropriate criminal authorities.  Please be advised of your obligation to preserve all documentary, electronic and other evidence relevant to this matter now that you have been advised that legal proceedings are possible.  Specifically, it is your obligation under the law to maintain and preserve any evidence, including electronic data in your possession or under your custody or control that is relevant to the claims asserted herein.  Such electronic data includes, but is not limited to originals and all copies of electronic mail (email); click stream data, web log data, sales data, originals and copies of product, and all miscellaneous electronic files or file fragments, regardless of the media in which they are stored and regardless of whether the data resides in an active file, deleted file, or file fragment.

This letter does not constitute a complete statement of ATI's rights.  Nothing in this letter constitutes an expressed or implied waiver of any rights or remedies, all of which are expressly reserved.  I have a good faith belief that the use of the infringing material described above is not authorized by the owners, their agent or the law.  I swear under the penalty of perjury that the information in this letter is accurate and that, as counsel for ATI, I am authorized to act on ATI's behalf with respect to all copyright matters.  I suggest you contact your legal advisors to obtain legal advice regarding this matter.

You may contact me regarding this matter by phone at 978-639-3461, by email at becky.pontes@ascendlearning.com  or by mail at the address shown below.  I look forward to your **written reply** no later than November 18, 2013. We would like to resolve this matter amicably, but if we do not receive your timely response with the above assurances, we are prepared to take all necessary action to protect our rights.

Sincerely,

*/s/ Becky Pontes*

**Becky Pontes** – Corporate Paralegal

**Ascend Learning**
Five Wall Street, Burlington, MA 01803
d 978.639.3461 | m 508.265.5100 | www.ascendlearning.com

*Prepared for the real world.*