# **EXHIBIT B**

**ATI COMPLETE PARTNERSHIP AGREEMENT**

This ATI Complete Partnership Agreement (this "**Agreement**") is entered into by and between Assessment Technologies Institute, L.L.C., with its principal place of business at 11161 Overbrook Road, Leawood, KS 66211 ("**ATI**") and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with its principal place of business at ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ("**Nursing Program**") (referred to collectively herein as "**the Parties**") and contains terms and conditions governing Nursing Program's procurement of Products and Services from ATI. This Agreement shall be binding when signed by the Parties (the "**Effective Date**").

**1. PURPOSE.** This Agreement sets forth terms and conditions under which ATI shall license ATI Products and provide ATI Services to Nursing Program. "**Products**" shall mean ATI's proprietary products or products licensed or supplied to ATI by a third party, including all related books, videos, curriculum content, documentation, manuals, guides, practice and proctored assessments ("**Assessment(s)**"), computer software programs, and other materials, and any copies, in any form or medium delivered or made accessible to Nursing Program, including all updates, upgrades, new versions and revisions thereto made commercially available by ATI. "**Services**" shall mean any service provided by ATI to the Nursing Program in connection with Product(s) or otherwise, including any implementation, maintenance and support services related to computer software programs. Any schedules ("**Schedules**") attached hereto, or signed by the Parties subsequent to the Effective Date of this Agreement, shall be incorporated into and made a part of this Agreement. In the event of any inconsistency between the terms of this Agreement and the terms of a Schedule, the terms of said Schedule shall prevail.

**2. LICENSE GRANT AND RESTRICTIONS.**
(a) License Grant. Subject to the terms herein, ATI grants to Nursing Program a non-exclusive, non-transferrable, non-sublicensable right to access and use the Products and Services delivered or made available online to Nursing Program by ATI ("**License**"), as set forth in Schedule A and described in an ATI Comprehensive Assessment and Remediation Program order form or any future form used by ATI for Product orders ("**ATI Order**"). Products may be used only by Nursing Program's enrolled students (each, a "**Student**"), administrators, preceptors, faculty, and staff ("**Nursing Program Staff**") in the United States (collectively, "**Authorized Users**"), in connection with the Nursing Program class identified in Schedule A ("**Nursing Program Class**") during the period a Student is enrolled in Nursing Program's nursing program. This License term ("**License Term**") for each Nursing Program Class's use of the Products and Services shall begin upon the applicable Nursing Program Class curriculum start date ("**License Start Date**") and, unless terminated earlier pursuant to this Agreement, shall terminate one year after said Nursing Program Class's graduation date, except as otherwise specified in Schedule A ("**License End Date**"). Product enhancements made commercially available by ATI during the License Term shall be provided to Nursing Program at no additional charge. Nursing Program acknowledges that its right to use any Products comprised of computer software programs will be web-based only pursuant to the terms of this Agreement and such software will not be installed on any servers or other computer equipment owned or controlled by Nursing Program or otherwise provided to Nursing Program.
(b) Security of ATI Products and Services. Nursing Program shall supervise use of the Products and Services by Authorized Users and take reasonable measures to allow only Authorized Users to access the Products and Services. Nursing Program shall comply with ATI's proctoring requirements as they related to administration of ATI Assessments, which shall be provided by ATI in writing to Nursing Program. Nursing Program shall take reasonable measures to prevent Authorized Users from misusing and improperly sharing Products and Services and will have clear policies, actively enforced by Nursing Program, that prohibit any form of cheating on ATI Assessments, including but not limited to, any copying, reproduction, sharing or distribution of all or part of any ATI Assessment. Nursing Program shall not (and take reasonable steps to ensure Authorized Users do not) (i) modify, translate, copy, reproduce, disassemble, decompile, or create derivative works of the Products or Services or any portion thereof; and (ii) transfer, loan, rent, lease, distribute, or grant any rights in any form in or to Products or Services or remove or obscure any copyright or other proprietary notice, labels or proprietary marks therein. All Products and Services are subject to copyright and contain confidential and trade secret information belonging to ATI and Nursing Program agrees not to disclose any Product or Services, or portion thereof, to any person who is not an Authorized User. If Nursing Program is obtaining online access to Products hosted on ATI's servers, Nursing Program, including Authorized Users, shall receive and utilize access information, such as passwords and usernames, ("**Access Information**") to permit Product access. Nursing Program shall implement reasonable measures to safeguard against improper sharing or unauthorized use of such Access Information.

(c) Termination of License. ATI may terminate the License by written notice (i) with immediate effect if Nursing Program infringes or misappropriates any ATI IP rights (as defined in Section 4), if ATI determines that the security and integrity of any ATI Assessment(s) would be at risk through continued use by Nursing Program, or if Nursing Program breaches any material License provision contained in this Section 2, or (ii) if Nursing Program fails to cure any other material breach of this Agreement within thirty (30) days after receipt of written notice from ATI. On the License End Date, or in the event of an earlier License termination under this Section 2, Nursing Program shall make no further use of the Products or Services and, in the event of a breach of this Section 2, ATI shall deactivate Nursing Program's access to the Products and Services licensed hereunder.

**3. ORDER; PAYMENT**
(a) Orders. For each Nursing Program Order for ATI Products and Services hereunder, the Parties shall execute a Schedule which shall include (i) a list the Products; (ii) a mutually agreeable description of Services to be performed, including the obligations of the Parties; and (iii) Product and Services fees due under the Schedule, including any specific invoicing periods. As ATI Product pricing is per Student, Nursing Program shall promptly notify ATI of any new Student(s) joining the program after Nursing Program has commenced use of the Products and Nursing Program shall be responsible for payment of additional fees for any such additional Student(s) in accordance with Schedule A.
(b) Product and Services Fees Payment. Product and Services fees noted in the applicable Schedule are due and payable net thirty (30) days from the invoice date. Notwithstanding the foregoing, ATI reserves the right to require pre-payment of all or a portion of the Product and Services fees prior to delivering or providing access to Products and/or prior to delivering Services. Any amounts which are not paid when due shall bear interest at one and one half percent (1.5%) per month or the maximum legal rate, if less. In addition, ATI reserves the right to suspend access to ATI web-based Products and Services in the event that if Nursing Program is more than ninety (90) days past due on any undisputed amounts, and Nursing Program agrees that ATI shall not be liable to Nursing Program or to any third party for any liabilities, claims or expenses arising from or relating to termination or such suspension of access to ATI Products and Services.
(c) Taxes. All fees noted on a Schedule are exclusive of any sales, use, value added or other taxes, fees, or costs which may be imposed, levied, or assessed against the sale, licensing, delivery, or use of Product(s) or Services. Nursing Program shall pay all taxes that may become due as a result of this Agreement, excepting only ATI's income and payroll related taxes. ATI shall invoice Nursing Program for all such taxes, which may be paid by ATI unless, prior to Product delivery or commencement of applicable Services, Nursing Program provides ATI with a valid tax-exempt certificate.

**4. PROPRIETARY RIGHTS.** Nursing Program acknowledges that the Products and Services materials, as well as ATI's proprietary information, tools, methods, programs, software, graphics, user interfaces, logos, trademarks, anything developed or delivered by ATI under this Agreement, and all prior developed intellectual property, are the sole and exclusive intellectual property of ATI or its licensors ("**ATI IP**") and, other than as expressly set forth in this Agreement, no license or other rights in or to the Products or Services are granted to Nursing Program, and all such licenses and rights are hereby expressly reserved by ATI. All ATI consulting Services shall be delivered on a non-work for hire basis. Nursing Program's limited right to use such ATI IP shall be governed by the licensing, confidentiality, and other use restriction provisions of this Agreement. ATI's names, and its product and Services names, are trademarks and service marks belonging to ATI. All rights reserved. ATI Products and Services are protected by copyright and no part of the ATI Products or Services may be resold, licensed, copied, transferred, distributed, stored, reproduced, or disclosed to any third party without written permission of ATI. Nursing Program is not permitted to use any ATI Services material or content for the delivery of its own presentation or workshop. To the extent that any ATI IP is included in any consulting/workshop Services, Nursing Program may use such ATI IP pursuant to the License and solely for its own internal business purpose, provided that use of any ATI proprietary software shall not be included in such License and is restricted solely to use by ATI in connection with ATI's delivery of such consulting/workshop Services. ATI reserves the right to seek

(Rev February 2020)                                                                1

all legal and equitable rights and remedies available to ATI for any Nursing Program use of ATI IP in violation of this Agreement.

**5. WARRANTIES AND DISCLAIMERS.**

(a) ATI warrants that (i) for 90 days after delivery of, or Nursing Program receiving access to, the Products, the media and documentation supplied by ATI to Nursing Program shall be free from material defects in materials and workmanship under normal use and that the Products shall perform in all material respects in accordance with the documentation provided ("**Product Warranty**") and (ii) Services shall be performed in a good workmanlike manner consistent with generally accepted industry standards ("**Services Warranty**"). The foregoing Product Warranty and Services Warranty shall not apply if the Product or Service, as applicable, has been subject to misuse or modification (other than modification by ATI or its licensors) and the nonconformance can be demonstrated on an unmodified version of such Product or Service. For a breach of Product Warranty which is reported during the Product Warranty period, ATI shall correct or replace the Product or, if such is not practical in ATI's judgment, refund amounts paid for such defective Product. For a breach of Services Warranty which is reported to ATI no later than thirty (30) days following performance of the defective Service, ATI shall re-perform such defective Service at no cost to Nursing Program or, if re-performance is not practical in ATI's judgment, provide to Nursing Program a refund for amounts paid for the defective Service. Except for the foregoing warranty, ATI's Products and Services are provided "as-is" without warranty of any kind.

(b) Nursing Program acknowledges that Products are intended solely for academic purposes and that Authorized Users should NOT rely on the Products as a reference for administering medications or patient care or as a substitute for professional medical judgment.  ATI does not assume, and hereby expressly disclaims, any responsibility for, or warranty regarding, Nursing Program's ability to satisfy or meet any accreditation requirements. NURSING PROGRAM IS SOLELY AND EXCLUSIVELY RESPONSIBLE FOR MONITORING AND VERIFYING ITS INPUT TO THE ATI PRODUCTS AND SERVICES (INCLUDING WITHOUT LIMITATION NURSING PROGRAM DATA) AND FOR DETERMINING THE ACCURACY, COMPLETENESS OR APPROPRIATENESS OF ANY FINANCIAL, CLINICAL OR MEDICAL INFORMATION OR OTHER OUTPUT PROVIDED BY ATI PRODUCTS AND SERVICES. ATI shall be entitled to rely on the accuracy, truthfulness and completeness of all Nursing Program input into ATI Products and Services (including Nursing Program Data), and Nursing Program hereby releases ATI from any claims arising out of such improper reliance on Products or Services.

(c) THIS SECTION SETS FORTH ATI'S SOLE LIABILITY AND NURSING PROGRAM'S SOLE REMEDY FOR BREACH OF WARRANTY. THE FOREGOING WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS OR IMPLIED. ATI DISCLAIMS ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR THAT THE PRODUCTS OR SERVICES SHALL MEET NURSING PROGRAM'S SPECIFIC REQUIREMENTS, BE ERROR FREE OR UNINTERRUPTED, NOR SHALL ATI BE LIABLE FOR UNAUTHORIZED ALTERATION, THEFT, OR DESTRUCTION OF NURSING PROGRAM DATA, FILES OR PROGRAMS . ATI shall have no obligations under this Section 5 if the breach is caused by Nursing Program's improper use or modification of a Product.

**6. CONFIDENTIAL INFORMATION AND NURSING PROGRAM DATA.**

(a) The Parties agree that (i) this Agreement, any Schedules and Orders, and the Products and Services provided hereunder and any information Nursing Program receives or reviews concerning ATI, including, but not limited to, any information concerning ATI's past, present and future research, marketing, development, operations and business activities, information regarding Products or Services, methods of database creation, ATI's translation, standardization, enhancement, and data analysis techniques, ATI's data reporting methods and formats, ATI's software tools for report creation, distribution and retrieval, associated algorithms, tools, programs, software architecture and technology, and any other information or material proprietary to ATI or its licensors of which the Nursing Program may obtain knowledge or access from ATI during ATI's performance hereunder is confidential information of ATI (collectively, "**ATI Confidential Information**"); and  (ii) personal or academic information regarding Students  and information about Nursing Program submitted to ATI or any ATI System by Nursing Program or Nursing Program Staff or Students ("**Nursing Program Data**") is confidential information of Nursing Program (collectively, "**Nursing Program Confidential Information**"); and (iii) each party may receive or have access to confidential and proprietary information ("**Receiving Party**") of the other party ("**Disclosing Party**"), whether orally or in writing, that is marked as confidential or that should reasonably be understood to be confidential given the nature of the information (collectively, "**Confidential Information**"). Confidential Information shall not include any information that can be shown by the Receiving Party to be (i) generally known to the public without breach of any obligation owed to the Disclosing Party; (ii) known to the Receiving Party prior to its disclosure by the Disclosing Party without breach of any obligation owed to the Disclosing Party; (iii) independently developed by the Receiving Party without any breach of any obligation owed to the Disclosing Party; or (iv) received from a third party without breach of any obligation owed to the Disclosing Party. The Receiving Party shall not disclose any Confidential Information of the Disclosing Party for any purpose outside the scope of this Agreement, except with the Disclosing Party's prior written consent. Each party shall protect the Confidential Information of the other party in the same manner that it protects its own confidential and proprietary information, but in no event less than reasonable care. If Receiving Party is compelled by law to disclose Confidential Information of the Disclosing Party, it shall provide the Disclosing Party with prior notice of such compelled disclosure (to the extent permitted by law). Each party reserves the right to seek injunctive relief, in addition to any other remedies available at law, to protect its Confidential Information.

(b) ATI and its licensors may compile and use statistical, diagnostic, technical or general usage information related to its Systems, and may in some cases make such information publicly available, provided that such information is aggregated, de-identified, and/or made anonymous and does not identify Nursing Program Confidential Information, personally identifiable Nursing Program Data or include Nursing Program's name. ATI retains all intellectual property rights in such aggregated and de-identified information.

**7. INDEMNIFICATION**.

(a) Subject to this Section 7, if an action is brought against Nursing Program claiming that Products, when used in accordance with ATI Product manuals and guides and this Agreement, infringes a valid patent or registered copyright, or misappropriates a trade secret, ATI shall defend Nursing Program at ATI's expense and pay the damages and costs finally awarded against Nursing Program in relation to the infringement or misappropriation action, but only if (i) Nursing Program notifies ATI promptly upon learning that an action has been or might be asserted, (ii) ATI has sole control over the defense of the action and any negotiation for its settlement or compromise, and (iii) Nursing Program fully cooperates in ATI's defense of such action. ATI shall have no obligation or liability under this Section 7 if the action results from (i) a modification or improper use of such Product, (ii) the failure to promptly replace a Product with a new Product when notified by ATI that the replacement Product would have eliminated the actual or alleged infringement or misappropriation, (iii) the use of any non-ATI product, information, design, specification, instruction, software, data, or material in combination with the Product where such infringement would not have arisen but for such combination, or (iv) ATI's compliance with designs, plans or specifications furnished by Nursing Program. If a covered claim described in this Section may be or has been asserted, Nursing Program shall permit ATI, at ATI's option and expense, to (i) secure the right for Nursing Program to continue using the Product, (ii) replace, modify, or create a workaround for the Product to eliminate the infringement or misappropriation while providing functionally equivalent performance, or (iii) terminate the applicable License and, upon Nursing Program's return of the infringing Product, refund to Nursing Program the amount actually paid to ATI for such Product.  THIS SECTION 7 SETS FORTH ATI'S SOLE LIABILITY AND NURSING PROGRAM'S SOLE REMEDY WITH RESPECT TO ANY INFRINGEMENT CLAIM.

**8. LIMITATION OF LIABILITY**.  UNDER NO CIRCUMSTANCE SHALL EITHER PARTY OR THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, LICENSORS, SUPPLIERS OR AFFILIATES BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, OR INCIDENTAL DAMAGES OR LOST PROFITS, WHETHER FORESEEABLE OR UNFORESEEABLE, ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, IN NO EVENT SHALL THE AGGREGATE LIABILITY OF EITHER PARTY OR THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, LICENSORS, SUPPLIERS, OR AFFILIATES EXCEED IN ANY ACTION OR PROCEEDING ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT THE TOTAL AMOUNT THAT NURSING PROGRAM ACTUALLY PAID TO ATI FOR THE SPECIFIC PRODUCT OR SERVICE WHICH IS THE SUBJECT OF SUCH ACTION OR

PROCEEDING IN THE PRIOR TWELVE (12) MONTHS, PROVIDED, HOWEVER, THE LIMITATIONS IN THIS SECTION SHALL NOT APPLY TO EITHER PARTY'S MISAPPROPRIATION OF THE OTHER PARTY'S INTELLECTUAL PROPERTY OR RELIEVE NURSING PROGRAM OF ITS OBLIGATION TO MAKE FULL PAYMENT OF ALL AMOUNTS DUE HEREUNDER.

**9. HIGH-STAKES USE.** Nursing Program acknowledges and understands that ATI discourages use of ATI Products, Services and Assessments as the sole criterion to determine student advancement, graduation, or readiness to sit for any licensure exam ("High-Stakes Use"). ATI disclaims any and all responsibility, liability or obligation in connection with any High-Stakes Use, policy or practice by Nursing Program. Nursing Program shall defend, indemnify and hold harmless ATI and its affiliates, directors, employees, agents, successors and assigns from and against any claim, liability, damage, cost or expense arising out of or related to Nursing Program's High-Stakes Use of any ATI Products, Services or Assessments.

**10. MISCELLANEOUS**

**(a) No Agency**. This Agreement does not create a partnership, franchise, joint venture, agency, fiduciary, or employment relationship between the Parties.

**(b) Force Majeure**.  Neither party shall be considered in breach of its obligations under this Agreement due to any failure to perform such obligations arising out of causes beyond the reasonable control, and without the fault or negligence, of such party. Such causes shall not excuse Nursing Program from paying accrued amounts due to ATI through any available lawful means acceptable to ATI. If any such causes continue to prevent or delay performance for more than 180 days, ATI may terminate this Agreement, effective immediately upon notice to Nursing Program.

**(c) Notice.** All notices or approvals required or permitted under this Agreement shall be given in writing and signed by the authorized representatives of the Parties hereto.  All such notices shall be hand delivered or sent to the Parties' respective addresses first set forth above or to such other address as either party may specify by written notice to the other. No failure or delay by either party to exercise any right or remedy specified herein shall be construed as a current or future waiver of such remedy or right, unless said waiver is in writing.

**(d) Amendments**. This Agreement may be superseded or modified solely by written agreement signed by the authorized representatives of both parties hereto, which specifically acknowledges the existence of this Agreement and that it is being superseded or modified by the terms of such subsequent written agreement.

**(e) Governing Law**. This Agreement shall be governed by and interpreted in accordance with the laws of the state of Kansas, U.S.A., excluding its conflict of law principles, and consent to exclusive jurisdiction in the state and federal courts located in Johnson County in any action related to this Agreement.  In the event of any action related to this Agreement, the court shall have the power to award costs and attorneys fees to the prevailing party in such action. The parties specifically agree to exclude the United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transaction Act in the form adopted by any state from governing this Agreement and any transaction between the parties that may be implemented in connection herewith.  All provisions of this Agreement that by their nature are intended to survive expiration or termination shall survive.

**(f) Assignment**.  Nursing Program may not assign any of its obligations, rights or remedies hereunder, in whole or in part, without the express written approval of ATI.

**(g) Restricted Government Rights**. The Products were developed solely at private expense, contain "restricted computer software" submitted with restricted rights in accordance with the US FAR 52.227-19 (a) through (c) of the Commercial Computer Software License (Dec 2007) Clause and its successors, and in all respects is proprietary data belonging to ATI and/or its suppliers.  For US Department of Defense units, the Products are considered commercial computer software in accordance with US DFARS 227.7202-3 and its successors, and use, duplication, or disclosure by the US Government is subject to the restrictions set forth herein.

**(h) Publicity.** Nursing Program permits ATI to use Nursing Program's name and logo in ATI's list of customers and ATI Complete Partnership customers, including but not limited to in ATI's marketing and website materials, provided that ATI shall not include any statement indicating Nursing Program's endorsement of ATI or any ATI Product or Service without Nursing Program's express written authorization. Any use beyond the foregoing shall require Nursing Program's prior written permission.

**(i) Severability.**  If any court of competent jurisdiction determines that any provision of this Agreement is illegal, invalid, or unenforceable, the remaining provisions of this Agreement shall remain in full force and effect.

**(j) Export Regulations.**  Nursing Program acknowledges that ATI deliverables are subject to export controls and agrees to strictly comply with all applicable U.S. export controls and regulations and will not export any ATI deliverables outside of the U.S.

**(k) Feedback.** ATI has not agreed to and does not agree to treat as confidential any suggestion, enhancement request, customization request, recommendation or idea for improving or otherwise modifying any of ATI's Products or Services ("Feedback") that Nursing Program or any Authorized Users provide to ATI.  Nothing in this Agreement or in the parties' dealings arising out of or related to this Agreement will restrict ATI's right to use, profit from, disclose, publish, keep secret, or otherwise exploit Feedback, without compensating or crediting Nursing Program or any Authorized User.

**(l) Entire Agreement**.  The terms set forth herein constitute the entire agreement between the Parties with respect to Nursing Program's procurement and use of Product(s) and Services from ATI.  This Agreement shall override and replace all terms contained in any Nursing Program purchase order accepted by ATI.  These terms supersede and exclude all prior or contemporaneous proposals, understandings, agreements, negotiations, and representations, whether oral or written, with respect to the subject matter of this Agreement.

**11. SCHEDULES.** The following attached Schedules are incorporated by reference into and made a part of this Agreement:

> Schedule A – ATI Complete Partnership Agreement - Additional Terms and Conditions

**IN WITNESS WHEREOF**, the Parties have executed this Agreement.

**Assessment Technologies Institute, LLC, by its authorized representative:**

Signature: _____

Name:     _____

Title:      _____

Date:      _____


**Nursing Program, by its authorized representative:**

Signature: _____

Name:     _____

Title:      _____

Date:      _____

**SCHEDULE A**

**ATI Complete Partnership Agreement**
**Additional Terms and Conditions**

This Schedule A ("**this Schedule**") sets forth additional terms and conditions of the ATI Complete Partnership Agreement entered into by Nursing Program. This Schedule is subject to the terms of the ATI Complete Partnership Agreement between ATI and Nursing Program ("**Agreement**"). Terms used herein shall have the same meaning as set forth in the Agreement, unless separately defined herein. In the event of any inconsistency between the terms of the Agreement and this Schedule, this Schedule shall prevail.

1. **Products**

(a) The following ATI Products are procured by Nursing Program and licensed by ATI for use with Nursing Program cohorts with a curriculum start date between the period beginning ▇▇▇▇ 2020 and ending June 30th 2023 (License Term) (each such cohort referred to herein as the "**Nursing Program Class**" and collectively referred to herein as the "**Nursing Program Classes**"), subject to the terms of the Agreement and this Schedule:

| | |
|---|---|
| CARP (Comprehensive Assessment & Review Program) | Nurses Touch Tutorials |
|     CMS Proctored Assessments |     Communication Simulation Modules |
|     CMS Online Practice Assessments |     Civility Simulation Modules |
|     Clinical Judgement Practice Items |     Test Taking Strategies Seminar |
|     Comprehensive Predictor - Proctored & Online Practice Assessments |     Learning Strategies Book |
| |     Jones & Bartlett Drug Guide |
|     Focused Review Modules |     Active Stack: Pharmacology Online Flash Cards |
|     Video Case Studies | NCLEX Reviews |
|     NurseLogic |     Capstone Content Review |
|     Learning System |     Virtual ATI |
|     Self-Assessment Inventory |     BoardVitals |
|     Critical Thinking Entrance/Exit Test |     Comprehensive or Customized Live NCLEX Review[2] |
| ATI HealthAssess | Nursing Program Resources: |
| EHR Tutor |     The following modules of ATI Program Manager by MedHub - |
| Skills Modules |         Accreditation Management upon ATI's general release[3] |
| Nursing Fundamentals Interactive Tutorial [1] |         Clinical Management upon ATI's general release[3] |
| Dosage Calculations and Safe Medication Administration |     ATI Pulse |
| Pharmacology Made Easy |     Four (4) Total Days of Consulting with an ATI Nurse Consultant[4] |
| Dosage Calculation Proctored Assessments |     ATI Academy Premium Membership |
| Anatomy and Physiology Assessment Package |     Educating Nurses Faculty Annual Subscription[5] |
| Achieve Tutorial |     Nurse Educator Essentials: Online Learning Lab |
| Real Life: Clinical Reasoning Scenarios | |

[1] Nursing Program will receive access to Nursing Fundamentals Interactive Tutorial upon ATI's general release of each such Product.

[2] Live NCLEX Reviews require a minimum of 10 Students.

[3] Nursing Program will receive access to each of the modules within Accreditation Management as made available by ATI upon ATI's general release of each such module.

[4] Consulting will be limited to four (4) days, with topics to be selected from an ATI list of available topics. Two (2) of the four (4) days will be dedicated to implementation and training related to the Accreditation Management module of ATI Program Manager by MedHub. Consulting must be completed within the above noted License Term. No credits or refunds will be provided for Consulting not used within the License Term.

[5] Nursing Program will receive an annual subscription to Renewal of EducatingNurses.com for the duration of this Agreement, provided that such subscription is subject to ATI's continued status as a reseller of EducatingNurses.com and further provided that EducatingNurses.com license terms will be between Nursing Program and Educating Nurses LLC.

Except for ATI's proctored Assessments, which are available during each applicable Nursing Program Class, and Nursing Program Resources listed above, which are available during the License Term, Students will have access to the above ATI Products procured hereunder until the period ending one year after the applicable Nursing Program Class graduation date.

(b) Nursing Program Classes

The Products noted in Section 1(a) above are procured by Nursing Program and licensed by ATI for use with all Students enrolled in Nursing Program Classes, as well as any Nursing Program Class(es) added by ATI Order Form or a written amendment to this Schedule A signed by both parties.

2. **Student Enrollment**

Under the ATI Complete Partnership Agreement, for the full duration of each of the above Nursing Program Classes, Nursing Program will procure the Products and pay the per Student Fee set forth in Section 7, below, for all Students enrolled in said Nursing Program Classes specified in Section 1 of this Schedule at the following Nursing Program campus(es):

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Within one week after the first day of class of each semester, Nursing Program shall provide to ATI via email an electronic roster with the names of all Students enrolled in each Nursing Program Class. Nursing Program shall require that all Students in each Nursing Program Class register online with ATI for use of the

(Rev February 2020)  4

Products and shall provide written notice to ATI of any changes in the Nursing Program Class list, including additions for new or transfer Students and deletions for Student who leave the Nursing Program. Nursing Program will notify ATI in writing within 30 days of any such change to the Student Enrollment.

3. **ATI Services**

   ATI shall provide the following Services to Nursing Program under this Schedule, at no additional charge:

   (a) <u>Faculty Orientation & Implementation Meeting</u>: Prior to administering the ATI Products, an ATI consultant will meet with the nursing faculty (in person) to accomplish the following:
   - As described more fully below, create a policy for Student and faculty use of ATI Products
   - Explain how to navigate the website and reporting portal
   - Explain how to produce and interpret score reports and data
   - Identify and set an appropriate benchmark for the various Assessments and tutorials
   - Determine the best method of implementing ATI resources, including degree to which stakes are involved for Nursing Program
   - Discuss how to troubleshoot issues

   (b) <u>Student Orientation Tutorial</u>: Students are provided access to an ATI orientation tutorial located on their Student website, to assist with the following:
   - Explain who ATI is, and what ATI does
   - Explain the benefits of using ATI Products during nursing school as well as for NCLEX preparation
   - Explain how to navigate the Student website and reporting portal

   Time spent in the tutorial will be tracked and a certificate of completion available for the Student. It will also be recorded on the Student's transcript.

   (c) <u>ATI Product Alignment to Curriculum</u>: As set forth in Section 4, below, ATI nurse educators will provide a blueprint for suggested mapping of ATI Products to Nursing Program curriculum.

   (d) <u>Complete Insights Reviews</u>: An ATI representative will meet with Nursing Program leadership on a semi-annual basis (or as agreed upon by both parties) to (i) review and interpret student performance data based on ATI Product usage as prepared by ATI, (ii) review ATI Product Alignment and Nursing Program Policies in relation to current Nursing Program and faculty practices, and (iii) collaborate with Nursing Program to develop mutually agreed upon action plans for improvement.

4. **Nursing Program Obligations**

   (a) Within sixty (60) days of the Effective Date of the Agreement, ATI and Nursing Program will develop mutually agreed upon written Nursing Program policies ("**Program Policies**") for distribution to all students and faculty regarding use of ATI Products by Nursing Program. The Program Policies will include, at a minimum, the following:
   - benchmarks for student performance on ATI Assessments
   - detailed description of how ATI Products are implemented and used by Nursing Program, including for assessments and tutorial use
   - including ATI Products in each course syllabus
   - policy for student grading, including what percent of students' course grades will be tied to ATI Products
   - admissions policy reflective of industry standards

   Nursing Program will oversee implementation of the Program Policies, and ensure that faculty adhere to specified requirements.

   (b) ATI will create a detailed Product alignment blueprint ("**ATI Product Alignment**"), recommending placement of ATI's Products in relation to Nursing Program curriculum. After studying the curriculum and course descriptions provided by the Nursing Program, ATI educators will match ATI content with Nursing Program courses and syllabi. The ATI Product Alignment will be delivered in hard copy and/or electronic format, and will be reviewed with the Nursing Program director and faculty. The Nursing Program director will sign-off on the ATI Product Alignment and any changes must be mutually agreed upon, in writing, by the parties. Nursing Program will provide the ATI Product Alignment to faculty for implementation.

   (c) Students must make every effort to attend all days of the ATI Live NCLEX Review. Students will also be enrolled in the Virtual-ATI Online NCLEX Review (**"Virtual-ATI"**) for a 12-week access. Virtual-ATI includes a virtual "classroom" and a Virtual-ATI personal coach who will provide students with online practice Assessments, individualized remediation, and resources to help prepare for NCLEX. A "Green Light" may be awarded by the Virtual-ATI coach once a graduate has demonstrated readiness to test for NCLEX. At the end of the 12-week access, Nursing Program may purchase an additional 12 weeks of Virtual-ATI for a reactivation fee. Additional requirements regarding use of Virtual-ATI are set forth in the "Virtual-ATI Terms" found on the ATI website under "Integration Resources". By signing this Agreement, Nursing Program indicates that it has read and understands the Virtual-ATI Terms.

   (d) Within thirty (30) days of the Effective Date of the Agreement, Nursing Program and ATI will determine and document required ATI Academy webinars assigned for each faculty, with scheduled timeframes for completion. All faculty will be required to complete their assigned ATI Academy webinars, which, for each, will, at a minimum, include webinars that directly relate to the course(s) they teach.

   (e) Nursing Program leadership will meet with ATI on a semi-annual basis, through meetings at Nursing Program facilities or by teleconference, to (i) review and interpret ATI Product usage and student performance data prepared by ATI, (ii) review ATI Product Alignment and Nursing Program Policies in relation to current Nursing Program and faculty practices, and (iii) collaborate with ATI on strategies for improvement. Based on agreed upon strategies, Nursing Program will implement appropriate measures designed to increase usage of ATI Products, improve student performance, and carry out Nursing Program's Policies and the ATI Product Alignment.

(f) Nursing Program will require that Students successfully adhere to Nursing Program policies regarding student performance.

(g) Nursing Program agrees that any data analytics Services performed by ATI hereunder are intended for the internal business uses of Nursing Program only and that such Services and any resulting reports, data, or methodologies used by ATI will not be disclosed by Nursing Program to any third party, unless compelled by law, in accordance with Section 6 of the Agreement.

(h) Students must take the NCLEX exam within ninety (90) days of graduating from Nursing Program. For any Student who passes the NCLEX, Nursing Program must provide ATI with written notice and a copy of the official NCLEX results indicating the Student's passage of the NCLEX exam. Such notice must be received by ATI within one hundred and eighty (180) days of the Student's Nursing Program Class graduation date. ATI shall not accept any notice or documentation from any Student in connection with this section; all documentation and notice must be provided to ATI directly by Nursing Program.

(i) In connection with Nursing Program's use of ATI Products and Services, in addition to the other Nursing Program obligations set forth above in this Schedule and the Agreement:

 (1) Nursing Program shall comply with all applicable laws, including without limitation laws governing the protection of personally identifiable information and other laws applicable to the protection of Nursing Program Data. Nursing Program will take appropriate measures to ensure its Authorized Users do not upload any patient data into any ATI systems.

 (2) Nursing Program shall not alter, reproduce or copy ATI Products in any way, and shall at all times assure that all copyright and other proprietary notices on ATI Products remain intact, unaltered and prominent. Nursing Program shall never claim or suggest that any ATI Product is other than the intellectual property of ATI or its affiliates.

 (3) Nursing Program shall not utilize or permit to be utilized any ATI Products for whom the applicable fee has not been paid to ATI.

 (4) In connection with any ATI presented workshop, presentation, and ATI Live NCLEX Review, Nursing Program agrees to provide a classroom or presentation space that is ADA compliant, suitable for the expected number of participants, with adjustable lighting, writing surfaces for participant note-taking, and providing an unobstructed view of the ATI instructor and the instructor's presentation at no charge to ATI. **The classroom/presentation space will be made available from 8:00am – 5:00pm (Course time: 9:00 am – 4:00 pm)**

 (5) Nursing Program agrees to provide audio visual equipment for an ATI Live NCLEX Review and any ATI presented workshop or presentation as follows:
- A computer enabled with Microsoft Office Power Point (2007 or later), projection connectivity and high speed Internet Access
- Overhead projector
- Large projection screen
- Podium with light and stool
- Microphone/cordless microphone
- Registration table for participant check-in, managed by Nursing Program

This equipment will be in working order and made available to the ATI instructor at the beginning of the time agreed upon herein. If the instructor encounters technical problems or complications, Nursing Program agrees to provide technical assistance as necessary. This equipment and any applicable assistance shall be provided to ATI and its instructor at no charge.

 (6) Provide a site coordinator within the Nursing Program to assist ATI with site logistics, and resolve any issues with the classroom as soon as reasonably possible. Nursing Program agrees to provide at least fourteen (14) days prior notice of any cancellation of any scheduled ATI presentation or workshop.

 (7) Nursing Program agrees to allow ATI to fill any open seats in the ATI Live NCLEX Review classroom with students from other institutions, where "open seats" is defined as the difference between the number of seats in the class room and the number of participants identified.

 (8) Nursing Program agrees that, if any specifically designated ATI instructor/presenter is unable to instruct/present on the designated day (for example, due to sickness or travel difficulties), ATI will replace such instructor/presenter with another instructor/presenter to ensure the delivery of Services.

 (9) Unless separately agreed in writing otherwise by ATI and Nursing Program, ATI will be responsible for all travel and living expenses associated with travel by its instructors/consultants.

 (10) Nursing Program will follow ATI's proctor guidelines and requirements in the administration of ATI Assessments and will use reasonable methods to prevent cheating and unauthorized copying or distribution of ATI Assessments, including maintaining and enforcing a strict policy that prohibits and sanctions any form of cheating, distribution or use of unauthorized copies of Assessments, or other test misconduct.

**5. ATI Program Manager by MedHub.**

If Nursing Program has licensed use of ATI Program Manager by MedHub:

(a) Nursing Program acknowledges and agrees that no network security system can guarantee complete network security or prevent all unauthorized network access. Nursing Program will be responsible for maintaining access to the ATI Program Manager by MedHub server, which will include tracking log-in accounts and ensuring that adequate security precautions are in place to protect username and password information for such accounts. ATI shall not be liable for any unauthorized use of ATI Program Manager by MedHub, any use of ATI Program Manager by MedHub not in accordance with this Agreement, or any loss of data or functionality caused directly or indirectly by any Authorized Users.

(b) Prior to adding any Student records or data to ATI Program Manager by MedHub, Nursing Program will ensure that it has secured all necessary permissions

from each such Student, including permission to send such records or data to third party clinical sites. Such student records may include immunization records if elected by Nursing Program. Given that all of a Student's immunization data generally appears in one record, Nursing Program understands and agrees, and will ensure each applicable Student understands and agrees, that clinical sites will receive a Student's entire immunization record, which may include immunization data that exceeds the applicable clinical site's specific requirements. Nursing Program assumes sole responsibility for collection and uploading of personal data of Students maintained in ATI Program Manager by MedHub and understands that ATI has no liability or obligation in connection with Nursing School's upload or transfer of such personal data to various third parties, as enabled by ATI Program Manager by MedHub. While Program Manager by MedHub includes functionality that allows Nursing Program to indicate whether a student has met applicable background checks and drug testing, it is strictly prohibited for Nursing Program to add reports or data which include the actual results or record of any background check or drug testing. Nursing Program is solely responsible for selecting third parties to whom Student data will be delivered and for establishing access levels with respect to Student data.

(c) While ATI Program by MedHub may offer references to certain accreditation standards and professional guidelines as well as sample documents such as a sample letter of good standing, Nursing Program understands that ATI is not offering or providing any form of legal or other professional advice and it is the sole obligation of Nursing Program to secure appropriate legal and professional guidance to ensure that its program meets all reporting, regulatory, legal, accreditation and other standards and that all documents are in order and meet Nursing Program's specific needs. Nothing in ATI Program Manager by MedHub should be deemed to replace decision making by Nursing Program or Nursing Program's ongoing obligation to oversee program compliance. Use of ATI Program Manager by MedHub does not guarantee that any accreditation, standards or any specific outcomes will be met for Nursing Program.

(d) To the extent Nursing Program utilizes features in ATI Program Manager by MedHub to upload contracts for purposes of managing clinical sites, Nursing Program understand and agrees that this is solely intended for Nursing Program's tracking of pertinent data, such as start and end data. ATI Program Manager by MedHub is not intended for use in any way connected to contract negotiation, drafting, processing of signatures, or invoicing and ATI offers no legal advice with respect to any of the forgoing.

(e) ATI does not review, verify, error check, or warrant the accuracy or fitness of any content or letters generated by or uploaded into ATI Program Manager by MedHub, nor does ATI warrant that the workflow process or system will be error-free, meet Nursing Program's requirements or comply with any applicable law, regulation or accreditation requirement. Certain modules provide output files regarding professional licensure status from various state and federal agencies. Nursing Program agrees that ATI does not verify, error check or warrant the accuracy or fitness of the output files or any information contained therein. Output files are intended for internal business purposes only and not for distribution outside Nursing Program.

(f) Nursing Program will ensure that only authorized Nursing Program Staff have access to and use of ATI Program Manager by MedHub and will remain responsible for (i) Nursing Program Staff's use of ATI Program Manager by MedHub; (ii) any use of ATI Program Manager by MedHub through Nursing Program's account, whether authorized or unauthorized, including without limitation, sharing of passwords (prohibited by ATI) or any other conduct that would violate the requirements of this Agreement applicable to Nursing Program; and (iii) the actions of Nursing Program Staff designated by Nursing Program to serve as technical administrator of ATI Program Manager by MedHub. ATI shall not be liable for any loss of data or functionality caused directly or indirectly by any Nursing Program Staff.

## 6. Consulting Services

In connection with any curriculum consulting Services provided to Nursing Program hereunder, Nursing Program shall:
   (a) Collaboratively develop a written schedule for such consulting Services with ATI representative;
   (b) Collaborate directly with ATI consultants regarding delivery of Services;
   (c) Provide meeting space with computer, data projector and internet access and schedule meeting times(s) with faculty as appropriate;
   (d) Ensure that all appropriate administrators, faculty, and students are available and present at all applicable meetings;
   (e) Provide requested materials and task completion as requested by ATI for successfully progressing through the project phases; and
   (f) Provide documents requested by ATI of the Nursing Program at least 2 weeks prior to the scheduled date of the initiation of consulting Services in order to avoid delays and rescheduling. ATI is not responsible for delays caused by the Nursing Program's failure to provide the required material.

Nursing Program represents and agrees that:
   (a) Nursing Program has received all necessary State Board of Nursing and State Department of Education approvals for its nursing program and remains in compliance with applicable regulations and standards;
   (b) Nursing Program is solely responsible for ensuring that the curriculum and related materials meet all applicable regulations, rules, guidelines, and other accreditation, government, agency, and licensing requirements; ATI assumes no responsibility for any aspect of Nursing Program's licensure, credentialing, or accreditation.
   (c) Nursing Program has a designated dean or director providing leadership over the nursing program;
   (d) Nursing Program has developed and maintains policies sufficient to support its nursing program;
   (e) Nursing Program has defined faculty responsibilities and expectations for its nursing program;
   (f) Nursing Program understands that the following circumstances may impact the overall effectiveness and outcomes of ATI's consulting Services:
      - Faculty workload, attrition, and experience
      - Faculty preparedness, willingness to adopt practices, and engagement
      - Timeliness in communication with ATI
      - Necessary resources to facilitate meetings
   (g) Following completion of ATI's consulting Services, ATI will provide to Nursing Program the following deliverables: a written summary report summarizing Services provided by ATI, and a copy of all documents developed by ATI during consulting visits.

## 7. Fees and Payment Schedule

(a) For the Products and Services noted above, Nursing Program shall pay to ATI $[redacted] per RN Student ("Fee"), to be invoiced and paid in accordance with this Section 7.

(b) Per Term Payments: On or before ten (10) days after the applicable term's add/drop period, Nursing Program will provide ATI with a Student enrollment count for the applicable Nursing Program Class. ATI will provide an ATI Order based on the actual Student enrollment and a per Student fee for each term as follows:

| Nursing Program Classes | First Term | Second Term | Third Term | Fourth Term | Total Fee |
|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

ATI will invoice the Nursing Program for the actual Student count within two (2) days after receiving the Student enrollment count, and purchase order if a purchase order is required, provided that, Nursing Program's failure to provide a purchase order within the time period specified herein shall not delay Nursing Program's payment of all applicable invoices in accordance with the terms of the Agreement.

For all Nursing Program payments due in January, the parties agree that ATI will invoice Nursing Program in the immediately preceding December based on ATI's projection of Nursing Program's Student enrollment count, as determined by past enrollments, and, after receiving the actual Student enrollment count in January, ATI will adjust Nursing Program's balance to account for any necessary additional invoiced amounts or credits due to Nursing Program.

(c) The Fee for any Student transferring into a Nursing Program Class after commencement of said Class shall be prorated based on the number of terms/semesters of the Nursing Program Class, but in no event shall said Fee be less than one thousand dollars ($1,000) for any such transferring Student.