# EXHIBIT C

2021 Sole Source Form



# STATE OF NEW MEXICO
# SOLE SOURCE REQUEST AND DETERMINATION FORM

A sole source *determination* is not effective until the *sole source request for determination* has been posted for thirty (30) calendar days without challenge, and subsequently approved in writing by the State Purchasing Agent or, for Professional Services Agreements, the Secretary of the General Services Department. The foregoing requirement is regardless of whether the *sole source request for determination* has been signed by the Agency and/or the Contractor.

I. Name of Agency: Eastern New Mexico University – Roswell

   Agency Chief Procurement Officer: Scott Davis

   Telephone Number: 575-562-2425

   Agency Contact for this request: Tory Norris, Director of Nursing
   Telephone Number & Email Address

   575-637-9344
   Tory.norris@roswell.enmu.edu

II. Name of prospective Contractor: Assessment Technologies Institute LLC (ATI)
    SHARE Vendor Number (must be active):
    Address of prospective Contractor:

    11161 Overbrook Road
    Leawood, Kansas 66211

    Contact Name, Telephone Number and Email Address:

    John Brooks
    (915) 204-7447
    John.Brooks@atitesting.com

    Amount of prospective contract before tax:
    Estimated tax amount (tax is subject to change):

    $868.75 per student per semester
    Est. 100 students per semester X $868.75 = $86,875 per semester
    Current student fees $693.75 per student per semester
    Proposing change to $868.75 student fee per student per semester for Fall 2025
    No Tax applied to this amount.

    Term of prospective contract: 3 Years

Note: For terms longer than one year, Request for Policy Exemption from DFA MUST be included.

III. Agency is required to state purpose/need of purchase and thoroughly list the services (scope of work), construction or items of tangible personal property of the prospective contract (if this is an amendment request to an existing contract, include current contract number issued by SPD):

ATI is a critical component of the nursing program curriculum to provide instruction, resources, best practices, and NCLEX Prep for students. The following services/products are provided by ATI:

1. CARP (Comprehensive Assessment & Review Program)
    i. Content Mastery Series (CMS) Proctored Assessments
    ii. CMS Online Practice Assessments
    iii. Clinical Judgement Practice Items
    iv. Comprehensive Predictor - Proctored & Online Practice
    v. Assessments
    vi. Focused Review Modules
    vii. Video Case Studies
    viii. NurseLogic
    ix. Learning System
    x. Self-Assessment Inventory
    xi. Critical Thinking Entrance/Exit Test
2. Launch: Nursing Academic Readiness
3. ATI HealthAssess
4. EHR Tutor
5. Skills Modules
6. Engage Fundamentals
7. Engage Mental Health
8. Engage Community and Public Health
9. Engage Adult Medical Surgical
10. Engage Maternal Newborn upon ATI's general release1
11. Engage Pediatrics upon ATI's general release1
12. Dosage Calculations and Safe Medication Administration
13. Pharmacology Made Easy
14. Dosage Calculation Proctored Assessments
15. Anatomy and Physiology Assessment Package
16. Achieve Tutorial
17. Real Life: Clinical Reasoning Scenarios
18. Nurses Touch Tutorials
19. Communication Simulation Modules
20. Civility Simulation Modules
21. Swift River Virtual Clinicals
22. Test Taking Strategies Seminar
23. Learning Strategies Book

24. Jones & Bartlett Drug Guide
25. Active Stack: Pharmacology Online Flash Cards
26. Custom Assessment Builder
27. ATI Remote Proctoring Services (Standard)
28. NCLEX Reviews
    i. ATI Capstone Content Review
    ii. Virtual-ATI
    iii. BoardVitals
    iv. ATI Comprehensive Live NCLEX Review 2
29. Nursing Program Resources:
    i. The following modules of ATI Program Manager by MedHub -
        1. Accreditation Management
        2. Clinical Management
    ii. ATI Pulse
    iii. Four (4) Total Days of Consulting with an ATI Nurse Consultant3
    iv. ATI Academy Premium Membership
    v. Educating Nurses Faculty Annual Subscription4
    vi. Nurse Educator Essentials: Online Learning Lab

Many of the services listed provide components for students and components for instructors to aid in and support instruction aligned with the content. ATI services provide support for all aspects of the nursing program, and is imperative to the continued success and growth of the program. The list above encompasses the following resource categories:

1. Nursing Benchmarking exams for specific levels/topics
2. Student academic support modules/resources to promote student success
3. Textbook replacement system and support (Engage series)
4. Dosage calculation and pharmacology education, resources, and testing
5. Nursing Simulation resources
6. Comprehensive NCLEX Content Mastery Review Books
7. Drug Guide Book
8. Assessment builder and secure exam question bank
9. Comprehensive NCLEX Preparations (online, practice question bank, educator-guided online, and in person face-to-face)
10. Clinical document management
11. Scheduling
12. Student success tracker and early fallout indicators
13. Curriculum management
14. Systematic Plan of Evaluation Application
15. Nursing education, support, and professional development
16. Consulting (4 days)

IV. Provide a detailed explanation of the criteria developed and specified by the agency as necessary to perform and/or fulfill the contract and upon which the state agency reviewed available sources. (Do not use "technical jargon;" use plain English. Do not tailor the criteria simply to exclude other contractors if it is not rationally related to the purpose of the contract.)

The following criteria are necessary to maintain the nursing program:

1. Nursing Benchmarking exams for specific levels' topics
2. Student academic support
3. Textbooks/online books
4. Dosage calculation and pharmacology education resources
5. Nursing simulation resources
6. Drug Guide book
7. Assessment platform that includes NCLEX-style question types
8. NCLEX Preparation
9. Clinical document management
10. Scheduling platform
11. Curriculum management
12. Systemic Plan of evaluation
13. Nursing education and professional development

Of the items listed above, all are required to maintain success of the program and to ensure continued accreditation and board approval.

V. Provide a detailed, sufficient explanation of the reasons, qualifications, proprietary rights or unique capabilities of the prospective contractor that makes the prospective contractor *the one source* capable of providing the required professional service, service, construction or item(s) of tangible personal property. (Please do not state the source is the "best" source or the "least costly" source. Those factors do not justify a "sole source.")

While there are alternative vendors that provide varied individual services listed above, ATI is the only vendor that provides all of the listed services together within the same platform as a single package. It is possible to utilize other sources for individual components, but it would lead to less unity, organization, and structure within the program.

VI. Provide a detailed, sufficient explanation of how the professional service, service, construction or item(s) of tangible personal property is/are *unique and how this uniqueness is substantially related to the intended purpose of the contract*.

   ATI is the only vendor that provides all of the services that are required by the nursing program in one bundle/package. Also with all of the services being provided by ATI, there is consistency throughout various elements of the program. All of the services required by the program and provided by ATI are related to program success, and are either directly or indirectly related to maintaining compliance with the accrediting body, ACEN.

VII. Explain why other similar professional services, services, construction or item(s) of tangible personal property *cannot* meet the intended purpose of the contract.

   Other vendors do not provide all of the services in one package or within a single platform. By using other vendors, it would require the use of multiple sources, which would decrease efficiency, effectiveness, and organization within the program.

VIII. Provide a narrative description of the agency's due diligence in determining the basis for the procurement, including procedures used by the agency to conduct a review of available sources such as researching trade publications, industry newsletters and the internet;; contacting similar service providers; and reviewing the State Purchasing Divisions' Statewide Price Agreements.  Include a list of businesses contacted (*do not state that no other businesses were contacted*), date of contact, method of contact (telephone, mail, e-mail, other), and documentation demonstrating an explanation of why those businesses could not or would not, under any circumstances, perform the contract; or an explanation of why the agency has determined that no businesses other than the prospective contractor can perform the contract.

   Other NCLEX preparation and nursing benchmarking exam vendors include HESI and Kaplan. Both of these companies offer NCLEX preparation and testing, but do not offer the other services that are required by the nursing program, meaning that all of the other services would have to be pieced out. Certain components such as the curriculum manager service and the systematic evaluation plan service are not available at all through other services; while some vendors provide resources and templates, they are not a complete management and housing platform for these items, which will be critical to maintaining accreditation with the ACEN's recent change to utilizing online data repositories for accreditation surveys instead of paper.

5

2021 Sole Source Form

Certified by:  Date:_____

_____
Agency Chief Procurement Officer

Agency Approval by:  Date: _____

_____
Cabinet Secretary/Agency or Entity Head or Designee

APPROVED:  Date:_____

_____
State Purchasing Agent

*If this sole source is being submitted by a governmental agency or governmental entity not under the final authority of the State Purchasing Agent, the State Purchasing Agent's signature is not required. The signature line may be removed from this form or marked as N/A. Hard Copy Documentation for Courtesy Postings do not need to be submitted to SPD for approval.*